UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JULIE I. CHAMPION,

                          Plaintiff,

    vs                                              3:05-CV-485

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                          Defendant.

- - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

HINMAN, HOWARD & KATTELL, LLP       EUGENE D. FAUGHNAN, ESQ.
Attorneys for Plaintiff
700 Security Mutual Building
80 Exchange Street
PO Box 5250
Binghamton, NY 13902-5250

HON. GLENN T. SUDDABY                  WILLIAM H. PEASE, ESQ.
United States Attorney                          Assistant U.S. Attorney
  Northern District of New York
Attorney for Defendant
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Julie I. Champion, brought this action seeking judicial review pursuant to

42 U.S.C. § 405(g) of the Social Security Act.  By Report and Recommendation dated

October 15, 2007, the Honorable David R. Homer, United States Magistrate Judge,

recommended that the decision denying disability benefits be affirmed; Champion's motion

for a finding of disability be denied; and the Commissioner's cross-motion be granted.  The

plaintiff has filed timely objections to the Report-Recommendation, and the defendant has filed a response to the objections..

Based upon a de novo determination of the portions of the report and recommendations to which the parties have objected, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1. The decision denying disability benefits is AFFIRMED;

2. The plaintiff's motion for a finding of disability is DENIED;

3. The defendant's cross-motion is GRANTED.

4. The complaint is DISMISSED in all respects.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated:   January 3, 2008
            Utica, New York.

United States District Judge